UNITED STATES of America, Plaintiff–Appellee,

v.

Edwin Moore ANDERSON, Defendant–Appellant.

No. 13–12103
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

April 22, 2014.

Robert G. Davies, U.S. Attorney's Office, Pensacola, FL, Pamela C. Marsh, James Michael Ustynoski, U.S. Attorney's Office, Tallahassee, FL, for Plaintiff–Appellee.

Clyde M. Taylor, Jr., Taylor & Taylor, PA, Tallahassee, FL, for Defendant–Appellant.

Before WILSON, PRYOR and ANDERSON, Circuit Judges.

PER CURIAM:

Clyde M. Taylor, Jr., appointed counsel for Edwin Moore Anderson in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Anderson's convictions and total sentence are **AFFIRMED.**